IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| WILBUR LEE GORDON, ) | Civil Action No. 5:20-cv-03137-KDW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

This matter is before the court on the parties' Stipulation for Attorney's Fees Pursuant to the Equal Access to Justice Act (EAJA), ECF No. 27, advising of their agreement to stipulate to an award of Four Thousand, Eight Hundred Dollars and 00/00 Cents ($4,800.00) in attorney fees to Plaintiff. Plaintiff has also provided a Petition for EAJA Fees, ECF No. 26, in which counsel provided itemization of the fees sought.[1] The court finds the stipulated amount of fees to be reasonable and in accordance with applicable law. Pursuant to the parties' stipulation, Plaintiff's Petition for Attorney's Fees Pursuant to EAJA, ECF No. 26, is granted to the extent it comports with this Order and the parties' Stipulation.

The parties have stipulated that Plaintiff, Wilbur Lee Gordon, should be awarded attorney fees under the EAJA in the amount of Four Thousand, Eight Hundred Dollars and 00/00 cents ($4,800.00). These attorney fees will be paid directly to Plaintiff, Wilbur Lee Gordon, and sent to the business address of Plaintiff's counsel, William B. Jung, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff

---

[1] In Plaintiff's Petition for Fees, counsel indicated 23.8 hours were spent representing Plaintiff before the court.

owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

An award of $4,800.00 in attorney fees pursuant to the EAJA is granted in accordance with this Order.

IT IS SO ORDERED.

June 25, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge